UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stanley Jerome Baker,

    Plaintiff,

v.

Cornerstone Housing *et al.*,

    Defendants.

Civil Action No. 17-2270 (UNA)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff resides in Montgomery, Alabama, apparently at the housing complex he is suing. *See* Compl. Caption. The only other named defendant is the District of Columbia Housing Authority. *See id.* Plaintiff mentions "[l]osses of property in value of $100,000 . . . Defamation of Character in the amount of 1,000,000,000 dollars[,] and attempt to murder and bodily injuries[.]" Compl. at 2. Those cryptic statements fail to provide any notice of a claim and the basis of federal court jurisdiction. Hence, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: November 16th, 2017

United States District Judge